■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH J. LEVETT, Relator, v. J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent.— Time to perfect appeal extended to August 1, 1961.